THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABAS DOWLAD,

                Plaintiff,

     v.

REBECCA TINUCCI, *et al.*,

            Defendants.

CASE NO. C25-2679-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a complaint *in forma pauperis* on December 29, 2025. (Dkt. No. 4.) Since then, Plaintiff has not provided an affidavit of service pursuant to Federal Rule of Civil Procedure 4(l). Accordingly, Plaintiff is ORDERED to show cause why the case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 4(m). Plaintiffs' written response is due May 27, 2026. The Court DIRECTS the Clerk to mail Plaintiff a copy of this order.

//

//

//

//

MINUTE ORDER
C25-2679-JCC
PAGE - 1

DATED this 6th day of May 2026.

<u>Joshua C. Lewis</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C25-2679-JCC
PAGE - 2