THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABAS DOWLAD,

                Plaintiff,

     v.

REBECCA TINUCCI, *et al.*,

                Defendants.

CASE NO. C25-2679-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Based on Plaintiff's response (Dkt. No. 7) to the Court's order to show cause (Dkt. No. 5), and finding good cause, the Court EXTENDS the time limit for service in this matter to July 1, 2026. Plaintiff is DIRECTED to provide the Court with a Rule 4(l)(1) affidavit of service within this time period to avoid dismissal of this matter without prejudice for failure to prosecute.

DATED this 1st day of June 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C25-2679-JCC
PAGE - 1