THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABAS DOWLAD,

Plaintiff,

v.

UBER FREIGHT LLC,

Defendant.

CASE NO. C25-2679-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion (Dkt. No. 21) to extend the time for service of process in this matter. Based on Plaintiff's motion and finding good cause, the Court EXTENDS the time limit for service to November 16, 2026. Plaintiff is DIRECTED to provide the Court with a Rule 4(l)(1) affidavit within this time period to avoid dismissal of this matter without prejudice for failure to prosecute.

DATED this 30th day of September 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk