THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABAS DOWLAD,

Plaintiff,

v.

UBER FREIGHT LLC,

Defendant.

CASE NO. C25-2679-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Motion for U.S. Marshal Service of Summons and Complaint (Dkt. No. 23). Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Dkt. No. 3.) The Court has reviewed the complaint (Dkt. No. 4) pursuant to § 1915 (e)(2). And it appears to establish this Court's subject matter jurisdiction and potentially state a claim for relief. Thus, the Clerk of the Court shall notify Defendant (through its registered agent) of the commencement of this action and request a waiver of service of summons in accordance with Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c). If Defendant declines to waive service, the Court will order that it be done by the United States Marshals. If so, Defendant will be required to pay the full costs of such service. *See* Fed. R. Civ. P. 4(d)(2). The Clerk shall provide Plaintiff with a copy of this minute order.

DATED this 16th day of October 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk